LOCKE LORD BISSELL & LIDDELL LLP
John Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Matthew McClendon (SBN: 256031)
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-687-6735
Facsimile: 213-341-6735

J. Matthew Goodin (*pro hac vice* application to be filed)
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0472
Facsimile: 312-4896-6472

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOSE DOLORES MERINO,

Plaintiffs,

v.

SAXON MORTGAGE SERVICES, INC.,

Defendants.

CASE NO. CV08-5798 VRW

**~~[PROPOSED]~~ ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

The Court, having considered Defendant Saxon Mortgage Services, Inc.'s *Ex Parte* Application for Extension of Time to Respond to Plaintiff's Complaint and finding good cause thereon, hereby ORDERS that Defendants shall have an additional twenty-one (21) days up to and including February 12, 2009 to answer or otherwise respond to Plaintiffs' Complaint in this action.

IT IS SO ORDERED.

Dated: 2/11/2009




CHI1 1562970v.1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Case3:08-cv-05798-WHA Document4-3 Filed01/21/2009 Page 3 of 4

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES ) ss.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. On January 21, 2009, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

☐ **BY PERSONAL SERVICE.** I placed ___ the original or ___ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

☐ **BY FACSIMILE TRANSMISSION.** I caused ___ the original or ___ a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☑ **BY MAIL.** I placed ___ the original or _✓_ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐ **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY EXPRESS MAIL.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐ **BY FEDERAL EXPRESS.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071, to an authorized courier or driver authorized by Federal Express to receive documents.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on January 21, 2009, at Los Angeles, California.

Barbara A. Mungaray

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

*SERVICE LIST*
*MERINO v. SAXON MORTGAGE SERVICES, INC.*
*CASE NO. CV08-5798 VRW*

**Jose Dolores Merino**
39 Granada Avenue
San Francisco, CA 94112

***In Pro Per***

CHI1 1562970v.1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071