IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DOLORES MERINO,　　　　　　　　　　　No　C-08-05798 VRW

　　　　Plaintiff,　　　　　　　　　　　　ORDER

　　　　v

SAXON MORTGAGE SERVICES, INC and
DOES 1 to 10 Inclusive,

　　　　Defendants.
_____/

　　　　Plaintiff Jose Merino filed this action on December 31, 2008. Doc #1. Defendant Saxon Mortgage Services, Inc moved to dismiss or for a more definite statement on February 9, 2009. Doc #6. Pursuant to Civil L R 7-3(a), plaintiff had until April 23, 2009 to file a memorandum in opposition to defendants' motion. Plaintiff did not file a memorandum in opposition or a statement of nonopposition.

　　　　The hearing set for May 14 on defendants' motion to dismiss or for a more definite statement is VACATED. Plaintiff shall serve and file a memorandum in opposition to defendants'

motion to dismiss not later than May 28; failure to comply will be deemed grounds to dismiss the action.  No hearing or oral argument on the motion shall be conducted without further order of the court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge